This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                            **NO. 31,107**

**MICHAEL HAGAN,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. Shoobridge, District Judge**

Gary K. King, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellant

J. Robert Beauvais, P.A.
J. Robert Beauvais
Ruidoso, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

The State seeks an appeal as of right from an interlocutory order disqualifying Chief Deputy District Attorney Diana Luce from prosecuting this case. We issued a notice of proposed summary disposition, in which we proposed to dismiss the appeal. The State and Defendant Michael Hagan have each filed a memorandum in support of the proposed summary dismissal. Accordingly, for the reasons stated in our notice of proposed summary disposition, we dismiss this appeal and remand for further proceedings in the district court.

**IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**



_____
**MICHAEL E. VIGIL, Judge**